| | | | |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Diane Princ<br>Special Agent: Erin Herrgott | Telephone: (313) 226-9100<br>Telephone: (313) 226-0500 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
John Edward Boatner Jr.

Case No. Case: 2:25−mj−30707
Assigned To : Unassigned
Assign. Date : 11/18/2025
Description: CMP USA V. BOATNER (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2024- July 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Erin Herrgott, Special Agent-HSI
_Printed name and title_

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: November 18, 2025

_Judge's signature_

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT

I, Erin Herrgott, being first duly sworn, state as follows:

1. I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I have been employed as a Special Agent for HSI since August 2020. I successfully completed the Criminal Investigator Training Program (CITP) and the HSI Special Agent Training (HSISAT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA. Prior to joining HSI, I was a Border Patrol Agent (BPA) with the United States Border Patrol (USBP) in Eagle Pass, Texas. Additionally, I have received a bachelor's degree in criminal justice from Madonna University. While employed at HSI, I have investigated federal criminal violations related to child sex trafficking, child exploitation, and child pornography. I have received training on child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in U.S.C. 18 § 2256) in all forms of media.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for John Edward BOATNER Jr. (DOB: XX/XX/1983) for violations of 18 U.S.C. § 2252A(a)(2) (distribution of child pornography).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by

1

other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for BOATNER.

4. During an HSI investigation regarding child exploitation and child pornography offenses in the Eastern District of Michigan, law enforcement obtained and reviewed cell phones from several individuals, which revealed that these individuals shared a sexual interest in children; that they discussed meeting on multiple occasions to potentially sexually abuse a minor child (MV-1); and that some of these individuals also shared child pornography with each other in chats recovered by law enforcement. A review of cell phones belonging to three of the subjects revealed individual conversations with BOATNER. These conversations detailed their shared sexual interest in children, and their access to child pornography.

5. In one conversation located on Subject-3's cell phone between BOATNER and Subject-3 in the messaging application, Telegram, on or about July 4, 2025, BOATNER told Subject-3, "I see secretly wanna play with (MV-1), lol, like

2

get the kid to willingly open his young legs to me and let me pervert him lol see how bad I needeit lol". Subject-3 replies with "I wat to get him knocked out and drugged up out first then fuck him awake from the constant fucking/r@pe/rough pounding". BOATNER and Subject-3 also appear to forward multiple media files to one another. Law enforcement was unable to view the content of the media files. However, some of the files are accompanied by captions, including captions suggestive of content involving minor. Below is an example of a file shared:

> April 14
>
> BOATNER: Forwards a video from "Freud Minded"
>
> "This is me blowing meth clouds and sucking off a 12yo i hired, with his dad. not that hard"

6. A forensic review of multiple devices belonging to Subject-2 revealed cell phone numbers also associated with BOATNER. One of the cell phone numbers appears as a contact within the messaging application, Signal, and is named "john boatner". When queried in law enforcement databases, the phone number is associated with BOATNER. Additionally, HSI served AT&T with a subpoena for subscriber information for the phone number. AT&T records revealed the subscriber to be John BOATNER.

7. The Signal user "john boatner" appears to have approximately six group chats in common with Subject-2 and three in common with Subject-3, which include group chats named "boys videos kids" and "videos gay kid CP", where users

3

appear to share child pornography. For example, the profile picture for the group chat "boys videos kids" is a completely naked prepubescent male being anally penetrated by an adult male penis. HSI SAs are currently unable to view the content of the files sent within the chat, but users discuss "cp" and "vids", which, in my training and experience, stands for child pornography. The profile picture for the group chat "videos gay kid CP" is the anus and testicles of a prepubescent male. Additionally, within the group chat, there are multiple files of child pornography that are shared by users. For example, on or about February 8, 2024, a user shares a video that is approximately 28 seconds in length shows a prepubescent male being orally penetrated by an adult male penis.

8. Based on this and other information, on or about November 17, 2025, I obtained federal search warrants signed by United States Magistrate Judge David Grand for BOATNER and his residence, which were executed on November 18, 2025. At the search warrant execution, HSI agents encountered BOATNER and observed a black Android cell phone on the kitchen countertop. The cell phone was unlocked at the time of the warrant's execution. BOATNER declined to speak with HSI agents but provided the passcode for his cell phone.

9. The cell phone discovered on the kitchen countertop was identified by BOATNER as his primary cell phone. An initial review of the contents of the device revealed that BOATNER was in possession of files that meet the federal definition

4

of child pornography. For instance, law enforcement observed the videos described below. All three videos were located in Telegram, an encrypted social media application that allows users to chat with each other using the internet, and to send and receive photographs and videos, amongst other functions. The videos were found in a conversation with a Telegram user who was identified as Subject-3 in this ongoing investigation.

    a. A video approximately 33 seconds in length, with associated metadata that appears to indicate that it was forwarded by BOATNER on or about April 14, 2024. The video shows an adult male anally penetrating a completely naked prepubescent female with an object.

    b. A video approximately 1 minute and 56 seconds in length, with associated metadata that appears to indicate that it was forwarded by BOATNER on or about April 14, 2024. The video shows a prepubescent female, naked from the waist down, being vaginally penetrated by an adult male penis.

    c. A video approximately 47 seconds in length, with associated metadata that appears to indicate that it was forwarded by BOATNER on or about April 14, 2024. The video shows a completely naked prepubescent female. An adult male touches the

female's genitals. An adult male touches the female's genitals with his fingers, while another adult male masturbates in the corner of the screen.

10. Based on the information above, there is probable cause to believe that BOATNER violated 18 U.S.C. § 2252A(a)(2) (distribution of child pornography).

11. Wherefore by this affidavit and application, your Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for BOATNER.

Respectfully submitted,

Erin Herrgott, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my presence
And/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Date:   November 18, 2025

6